IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ERNEST MELO, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZUMPER, INC., <br><br> and <br><br> TRADE HOUSE DATA, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 3:19-cv-00621-REP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT ZUMPER INC.'S MOTION TO
TRANSFER VENUE AND TO STAY PROCEEDINGS PENDING ARBITRATION**

Pursuant to 28 U.S.C. § 1404(a) and the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq*, and for the reasons stated in the supporting memorandum of law and affidavit of Brian Coyne, defendant Zumper, Inc. moves (1) to transfer this case to the Northern District of California and (2) to stay all proceedings and deadlines pending resolution of this motion and arbitration as required by the parties' agreement.

Dated: September 24, 2019

Respectfully submitted,

 /s/ *Lauren E. Fisher White*
Craig T. Merritt
Virginia State Bar No. 20281
Lauren E. Fisher White
Virginia State Bar No. 80360
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

        cmerritt@cblaw.com
        lfwhite@cblaw.com

        John A. Shope (pro hac vice)
        Kevin J. Conroy (pro hac vice)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02210-2600
        Telephone: (617) 832-1000
        jshope@foleyhoag.com
        kjconroy@foleyhoag.com

        *Counsel for Defendant Zumper, Inc.*

## Certificate of Service

I hereby certify that on the above date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

        /s/ *Lauren E. Fisher White*

B5042503.1